# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

WALLACE SALERY,　　　　　　　)
　　　　　　　　　　　　　　　)
　　Petitioner,　　　　　　　　)
　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　 )　　Case No. 1:13-CV-01622-CLS-JHE
　　　　　　　　　　　　　　　)
WARDEN JOHN T.　　　　　　　 )
RATHMAN,　　　　　　　　　　 )
　　　　　　　　　　　　　　　)
　　Respondent.　　　　　　　　)

## MEMORANDUM OPINION

The magistrate judge entered a Report and Recommendation on June 20, 2016, (doc. 11), recommending that this petition for writ of habeas corpus be dismissed. On June 29, 2016, the postal service returned the Report and Recommendation as undeliverable and unable to be forwarded. (Doc. 12). A search of the Bureau of Prisons website indicates petitioner has been released from custody. No objections have been filed. The court has considered the entire file in this action, together with the Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be **DISMISSED**. A separate Order

will be entered contemporaneously herewith.

    **DONE** this 29th day of July, 2016.

                                                             _____
                                                             United States District Judge